E-filing

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3691
Telefax:    (510) 637-3724
E-Mail: maureen.bessette@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION    08 - 70479

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF PROCEEDINGS ON |
| v. | ) | OUT-OF-DISTRICT CRIMINAL |
| | ) | CHARGES PURSUANT TO RULES |
| ADRIAN LEMAY MCFADDEN, | ) | 5(c)(2) AND (3) OF THE FEDERAL |
| | ) | RULES OF CRIMINAL PROCEDURE |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on or about July 6, 2008, the above-named defendant was arrested based

upon an arrest warrant (copy attached)  issued upon an

■ Indictment
□ Information
□ Criminal Complaint
□ Other (describe) _____

pending in the District of Nevada, Case Number CR0059-HDM-RAM.

In that case, the defendant is charged with a violation of Title 18, United States Code,

Section 922(a)(6), False Information for Firearm Acquisition

///

1    PENALTY:

2    10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special

3    assessment.

4

5                                        Respectfully Submitted,

6                                        JOSEPH P. RUSSONIELLO
7                                        UNITED STATES ATTORNEY

8    Date: July 28, 2008

9                                        MAUREEN C. BESSETTE
                                         Assistant U.S. Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of   NEVADA

UNITED STATES OF AMERICA

v.

ADRIANE LEMAY MCFADDEN

Case Number:

FILED _____ ENTERED
_____ RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 2 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

## WARRANT FOR ARREST

**3:08-CR-0059-HDM-RAM**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

ADRIANE LEMAY MCFADDEN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

False Information for Firearm Acquisition (Count One and Two)

in violation of Title  18  United States Code, Section(s)  922(a)(6)

ROBERT A. MCQUAID, JR.
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

7-2-08                         RENO, NEVADA
Date and Location

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---------------|-------------------------------------|--------------------------------|
| DATE OF ARREST | | |



FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 2 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1 | GREGORY A. BROWER
United States Attorney
2 | WILLIAM R. REED
Assistant United States Attorney
3 | 100 W. Liberty Street, Suite 600
Reno, Nevada 89501
4 | 775-784-5438

5 | UNITED STATES DISTRICT COURT
6 | DISTRICT OF NEVADA
7

8 | UNITED STATES OF AMERICA )    3:08-CR-0059-HDM-RAM
9 |                    Plaintiff, )
10 |        vs.                    )    CRIMINAL INDICTMENT
   |                              )    FOR VIOLATION OF:
11 | ADRIANE LEMAY MCFADDEN,       )
   |                              )    TITLE 18, UNITED STATES CODE
12 |        Defendant.            )    SECTION 922(a)(6) - False Information
   |                              )    for Firearm Acquisition (Count One and
13 |                                   Two)

14 | THE GRAND JURY CHARGES THAT:

15 | ### COUNT ONE

16 | On or about May 24, 2008, in the State and Federal District of Nevada,

17 | **ADRIANE LEMAY MCFADDEN,**

18 | the defendant herein, did knowingly furnish a false current residence address in connection with the

19 | acquisition of a firearm, and said false current residence address was intended to deceive a licensed

20 | firearms dealer of a material fact pertaining to the lawfulness of the sale of the firearm, in violation

21 | of Title 18, United States Code, Section 922(a)(6).

22 | ### COUNT TWO

23 | On or about May 27, 2008 in the State and Federal District of Nevada,

24 | **ADRIANE LEMAY MCFADDEN,**

25 | the defendant herein, did knowingly furnish a false current residence address in connection with the

26 | acquisition of a firearm, and said false current residence address was intended to deceive a licensed

1    firearms dealer of a material fact pertaining to the lawfulness of the sale of the firearm, in violation

2    of Title 18, United States Code, Section 922(a)(6).

3

4           **DATED** this _2_ day of July, 2008.

5

6                                   A TRUE BILL:

7

8                                     FOREPERSON

9

10   GREGORY A. BROWER
     United States Attorney

11

12   WILLIAM R. REED

13   Assistant United States Attorney

14

15   CERTIFIED TO BE A TRUE COPY
     Clerk, United States District Court

16   By _____
     Deputy Clerk

17

18

19

20

21

22

23

24

25

26
                            2